*E-Filed 11/15/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL HUNTER, | No. C 12-3985 RS (PR) |
|     Petitioner, | **ORDER OF DISMISSAL** |
|     v. | |
| P.L. VASQUEZ, Warden, | |
|     Respondent. | |

This is a federal habeas corpus action. Petitioner was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $5.00, within 30 days, or face dismissal of the action. More than 30 days have passed and petitioner has not paid the filing fee nor perfected his IFP application. His IFP application lacks a completed and signed IFP form and a Certificate of Funds signed by an authorized prison officer. Accordingly, the action is DISMISSED without prejudice to petitioner paying the filing fee or filing the necessary IFP documents. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

DATED: November 15, 2012

RICHARD SEEBORG
United States District Judge